UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Continental Petroleum Corporation, Inc.
and Plastitex, S.A.,

                Plaintiffs,        Civil Action No. 11-CV-7801

     v.

Corporation Funding Partners, LLC,
Pablo Antoniazzi, Caren Raphael, Joseph
Lau, and Green Pampas, Inc.,

                Defendants.
_____/

## NOTICE OF LIMITED APPEARANCE
## FOR DEFENDANT GREEN PAMPAS, INC.

PLEASE TAKE NOTICE that Jorge A. Mestre of the law firm Rivero Mestre LLP ("RM"), makes this Notice of Limited Appearance on behalf of defendant Green Pampas, Inc. This Limited Appearance is made without prejudice to Green Pampas' right to object to the subject matter jurisdiction of this Court or issues relating to personal jurisdiction and without waiving any objections to jurisdiction. Green Pampas is in the process of retaining counsel and has discussed defense of this matter with RM. RM has not yet been retained and thus, is not in a position to make a general appearance in this matter. RM's representation is limited only to seeking an enlargement of time to respond to the Complaint.

I certify that I am admitted to practice before this Court.

Dated: December 13, 2011

>Respectfully submitted,
>
>/s/ Jorge A. Mestre
>Jorge A. Mestre
>SDNY Bar No. JM4977
>RIVERO MESTRE LLP
>565 Fifth Avenue, 7th Floor
>New York, New York 10017
>Phone Number: 212-880-9451
>Fax Number: 1-212-504-9522
>Email: jmestre@riveromestre.com

## CERTIFICATE OF SERVICE

I herby certify that on December 13, 2011, the foregoing was served via CM/ECF upon the counsel of record in this action who are registered for CM/ECF and a copy of the foregoing will be sent to the following counsel by U.S. mail:

Vincente Gonzalez, Esq.
Frederick Joseph Castro, Esq.
V. GONZALEZ & ASSOCIATES, P.C.
121 North 10th Street
McAllen, TX 78501

>/s/ Jorge A. Mestre
>Jorge A. Mestre