UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Continental Petroleum Corporation, Inc.
and Plastitex, S.A.,

        Plaintiffs,        Civil Action No. 11-CV-7801

v.

Corporation Funding Partners, LLC,
Pablo Antoniazzi, Caren Raphael, Joseph
Lau, and Green Pampas, Inc.,

        Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT GREEN PAMPAS, INC.

Green Pampas, Inc., under Federal Rule of Civil Procedure 7.1, files this corporate disclosure statement and states:

    Green Pampas, Inc., is a Delaware corporation with its principal place of business located at 2828 Coral Way, Suite 309, Miami, Florida 33145. Green Pampas, Inc., has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: December 23, 2011

        Respectfully submitted,

        /s/ Jorge A. Mestre
        Jorge A. Mestre
        SDNY Bar No. JM4977
        RIVERO MESTRE LLP
        565 Fifth Avenue, 7th Floor
        New York, New York 10017
        Phone Number: 212-880-9451
        Fax Number: 1-212-504-9522
        Email: jmestre@riveromestre.com

## CERTIFICATE OF SERVICE

      I herby certify that on December 23, 2011, the foregoing was served via CM/ECF upon the counsel of record in this action who are registered for CM/ECF.

Vincente Gonzalez, Esq.
Frederick Joseph Castro, Esq.
V. Gonzalez & Associates, P.C.
121 North 10th Street
McAllen, TX 78501

                                             /s/ Jorge A. Mestre
                                             Jorge A. Mestre