UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Continental Petroleum Corporation, Inc.,
and Plastitex, S.A.

                plaintiffs,

v.

                Civil Action No. 11-CV-7801

Corporation Funding Partners, LLC,
Pablo Antoniazzi, Caren Raphael, Joseph
Lau, and Green Pampas, Inc.,

                defendants.
_____/

**GREEN PAMPAS, INC.'S
<u>NOTICE OF MOTION TO DISMISS THE COMPLAINT</u>**

      PLEASE TAKE NOTICE that, based on the accompanying Memorandum of Law, the supporting Declaration of Jorge Mestre dated December 27, 2011, and the supporting Declaration of Marco Antoniazzi dated December 21, 2011, defendant Green Pampas, Inc. will move this Court, before the Honorable Paul A. Engelmayer, at the United States District Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York, 10007, on a date and time to be later designated, for entry of an Order of Dismissal of the Complaint against Green Pampas, Inc., pursuant to:

      1)      Federal Arbitration Act, 9 U.S.C. §3, because the issues raised in this action are subject to arbitration under a written agreement between Green Pampas, Inc. and Plastitex, S.A.;

      2)      Fed. R. Civ. P 12(b)(2), for lack of personal jurisdiction; and

      3)      Fed. R. Civ. P. 12(b)(6), for failure to state a claim on which relief may be granted;

and granting such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to SDNY Local Rule 6.1(b), Continental Petroleum Corporation, Inc. and Plastitex, S.A., shall serve and file any affidavits and opposing memorandum of law in reply on or before January 10, 2012.

Dated: December 27, 2011

>Respectfully Submitted,
>
>/s/ Jorge A. Mestre
>Jorge A. Mestre
>SDNY Bar No. JM4977
>Andrés Rivero*
>RIVERO MESTRE LLP
>2525 Ponce de Leon Blvd, Suite 1000
>Miami, Florida 33134
>Phone Number: 305-445-2500
>Fax Number:  305-445-2505
>Email:  arivero@riveromestre.com
>
> Attorneys for Green Pampas, Inc.

*Pro hac vice admission pending

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, this notice was served by CM/ECF upon the counsel of record in this action.

>/s/ Jorge A. Mestre
>Jorge A. Mestre