UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Continental Petroleum Corporation, Inc. )
and Plastitex, S.A. )
 )
                Plaintiffs, )
 )
v. )
 )
                ) Civil Action No. 11-CV-7801
Corporation Funding Partners, LLC and Pablo )
Antoniazzi, and individual, Caren Raphael, Joseph )
Lau, Green Pampas, Inc., )
 )
                Defendants. )
 )

---

## DECLARATION IN SUPPORT OF
## DEFENDANT GREEN PAMPAS, INC.'S MOTION TO DISMISS

I, Marco Antoniazzi, am the Corporate Secretary for Green Pampas, Inc., a named defendant in the above-captioned case. I declare the following to be true to the best of my knowledge, information, and belief:

1. Green Pampas, Inc. ("Green Pampas") is a Delaware corporation with its principal place of business in the State of Florida and has a principal business address of 2828 Coral Way Suite 309, Miami, Florida 33145.

2. Green Pampas has offices in Florida and employs individuals in Florida only.

3. Green Pampas does not have any personnel in the State of New York.

4. Green Pampas does not own any real or personal property in the State of New York.

5. Green Pampas has not sold any products in the State of New York.

6. At all times relevant to this action, Green Pampas has not maintained any office, address, telephone number, bank accounts, books and records, or other corporate activities in the State of New York.

7. Green Pampas has not solicited any transactions in the State of New York.

8. Green Pampas has not received any revenue from any resident of the State of New York.

9. No negotiations between Green Pampas and the Plaintiffs took place in New York.

10. Green Pampas has never conducted any business activities in the State of New York, either directly or through any agents.

11. Green Pampas has never acted to avail itself of the privilege of doing business in the State of New York in any way.

I declare, under penalty of perjury that the foregoing is true and correct.

Marco Antoniazzi,
Corporate Secretary
Green Pampas, Inc.

Executed on December 21, 2011.