UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Continental Petroleum Corporation, Inc.,
and Plastitex, S.A.

          plaintiffs,

  v.                                             Civil Action No. 11-CV-7801

Corporation Funding Partners, LLC,
Pablo Antoniazzi, Caren Raphael, Joseph
Lau, and Green Pampas, Inc.,

          defendants.
_____/

**DECLARATION IN SUPPORT OF**
**DEFENDANT GREEN PAMPAS, INC.'S MOTION TO DISMISS**

I, Jorge A. Mestre, declare and state as follows:

1.    I am a resident of Miami-Dade County, and I am more than 18 years of age. I give this statement on my personal knowledge. I am a member of the Florida and New York Bars and have been practicing law in Miami, Florida since 1996 and in New York City, New York since 2011. My law firm, Rivero Mestre LLP is counsel for the defendant, Green Pampas, Inc., in this matter. I make this declaration in support of Green Pampas, Inc.'s Motion to Dismiss the Complaint based on my personal knowledge.

3.    Attached as Exhibit A is a true and accurate copy of the "Sale and Purchase Agreement" between defendant Green Pampas, Inc. and plaintiff Plastitex S.A., which includes an arbitration clause at paragraph 12.

I declare on December 27, 2011, under penalty of perjury under the laws of the United States and the State of New York, that the information stated here is true and correct.

                                                           /s/    Jorge A. Mestre
                                                                 Jorge A. Mestre