UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Continental Petroleum Corporation, Inc.
and Plastitex, S.A.

                      Plaintiffs,

v.

                                                       Civil Action No. 11-CV-7801

Corporation Funding Partners, LLC,
Pablo Antoniazzi, Caren Raphael, Joseph
Lau, and Green Pampas, Inc.,

                      Defendants.
_____/

## NOTICE OF UNAVAILABILTY

Undersigned counsel gives notice that he is unavailable from June 11, 2012 through June 20, 2012 and September 17, 2012 through October 3, 2012 because of pre-planned, pre-paid overseas vacation travel. Undersigned counsel respectfully requests

that no trials, hearings, depositions or deadlines be set during those dates.

Date: March 16, 2012                              Respectfully Submitted,

/s/ Andrés Rivero
Andrés Rivero (admitted *Pro hac vice*)
Jorge Mestre
SDNY Bar No. JM4977
RIVERO MESTRE LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Phone Number: 305-445-2500
Fax Number: 305-445-2505
Email: arivero@riveromestre.com
Attorneys for Green Pampas, Inc.

## CERTIFICATE OF SERVICE

I certify that on March 16, 2012, this notice was served by CM/ECF to the counsel of record in this action.

/s/ Andrés Rivero
Andrés Rivero